## CERTIFICATE OF SERVICE

I, Mary E. Augustine, Esquire, hereby certify that on the 18th day of October, 2006, I caused a true and correct copy of the **Stipulation of Dismissal**, to be served upon the party listed below in the manner indicated.

## VIA FIRST CLASS MAIL

William D. Sullivan, Esquire
*William D. Sullivan, LLC*
4 East 8th Street
Suite 400
Wilmington, DE 19801

_____
Mary E. Augustine (No. 4477)